IN THE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN SNOW,                                                                                       Plaintiff,

v.                                              Case No.: 1:19-cv-1705

TRUMP OLD POST OFFICE, LLC ET AL,                                 Defendants.

**PLAINTIFF'S NOTICE OF RULE 41 VOLUNTARY DISMISSAL AS TO DEFENDANT DJT PROPERTIES, INC.**

Relying upon representations by counsel for the non-government Defendants and representatives of DJT Properties, Inc. that Defendant DJT Properties, Inc. has no connection with the Premises as described in Plaintiff's Complaint; and

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, given that no opposing party has served an Answer or Motion for Summary Judgment;

Plaintiff, by and through the undersigned, hereby voluntarily dismisses this matter against Defendant DJT Properties, Inc. ONLY and the matter shall remain pending against all other defendants.

ELLEN SNOW

By:  /s/Tara L. Tighe
     Of Counsel

Tara L. Tighe, 1020999
Malcolm P. McConnell, III, 480605
ALLEN ALLEN ALLEN & ALLEN
50 Dunn Drive, Suite 105
Stafford, VA 22556
Telephone:     (540) 657-9222
Facsimile:     (540) 657-9522
Email:         Tara.Tighe@AllenandAllen.com
Email:         Malcolm.McConnell@AllenandAllen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served via the Court's e-filing system this 22 day of July, 2019 2010 to:

Matthew M. Davey, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036

And via first class mail to

Chris Hair, Esquire.
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

                                                              /s/  Tara L. Tighe
                                                              Tara L. Tighe